UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIDYARTIE GANESH,<br><br>                      Plaintiff,<br><br>       -against-<br><br>DOCTOR SRINIVAS KESANAKURTHY, M.D.; MONTEFIORE THE UNIVERSITY HOSPITAL FOR ALBERT EINSTEIN COLLEGE OF MEDICINE; JOHN DOE DEFENDANT ASSISTANT DOCTOR; JOHN AND JANE DOES MONTEFIORE HOSPITAL EMPLOYEES; JOHN DOE INSURANCE COMPANIES; JOHN OR JANE DOE DEFENDANT MONTEFIORE CEO; DEFENDANT ALICIA GEREZ,<br><br>                    Defendants. | 25-cv-2652 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 10, 2026
           New York, New York

                                      /s/ Louis L. Stanton
                                    LOUIS L. STANTON
                           United States District Judge